UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRAVELERS INDEMNITY
COMPANY,

    Plaintiff,

v.                                             Case No: 8:19-cv-1551-KKM-AAS

OLIVA DELIVERY CORPORATION
and INNOCOR FOAM
TECHNOLOGIES- ACP, INC.,

    Defendants.
_____/

## ORDER

This order follows a case status conference held today. After considering counsels' representations at today's conference, the Court finds that good cause exists under Federal Rule of Civil Procedure 16(b)(4) to extend some of the deadlines in the Third Amended Case Management and Scheduling Order. As a result, the parties' joint motion to vacate the current scheduling order (Doc. 63) is **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

1. The plaintiff's disclosure of expert reports deadline is now **February 16, 2021**.

2. The defendants' disclosure of expert reports deadline is now **March 2, 2021**.

3. The discovery deadline is now **March 12, 2021**.

4. All other deadlines from the Third Amended Case Management and Scheduling Order (Doc. 60) remain the same.

5. The Court is not inclined to grant further deadline extensions absent extenuating circumstances.

**ORDERED** in Tampa, Florida, on January 26, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge